**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**STATE AUTOMOBILE**                                                          **PLAINTIFF**
**MUTUAL INSURANCE COMPANY**

**v.**                            **CASE NO. 4:25-CV-00031-BSM**

**MYLE LOGISTICS, LLC,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE